UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 4:11-cr-26 |
| v. ) | |
| ) | Judge Mattice |
| DONALD W. HENRY, SR. ) | |

### ORDER

Defendant filed a Motion to Suppress [Court Doc. 24] on January 17, 2012, which was referred to United States Magistrate Judge Susan K. Lee pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). Magistrate Judge Lee filed her Report and Recommendation [Court Doc. 33] on February 10, 2012 and recommended that Defendant's Motion to Suppress be denied. Neither party filed objections within the given 14 days.

After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. The Court thus **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and **ORDERS** that Defendant's Motion to Suppress [Court Doc. 24] be **DENIED.**

SO ORDERED this 28th day of February, 2012.

                                                  */s/Harry S. Mattice, Jr.*
                                                  HARRY S. MATTICE, JR.
                                               UNITED STATES DISTRICT JUDGE